# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| WELCOME ROBINSON, et al. | § § § | |
| v. | § | CIVIL ACTION NO. 3:18-CV-2176-S-BT |
| WELLS FARGO BANK, N.A. | § § | |

### ORDER

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Plaintiffs filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings, conclusions, and recommendation to which objections were made. The objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

SIGNED January 7, 2021.

_____
UNITED STATES DISTRICT JUDGE